IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PEDRO S. GARCIA,

    Plaintiff

v.                                             Case No. 4:14-cv-01940

REDI-MIX SOLUTIONS, LTD.,
CRAIG SCOTT and BRANDI SCOTT,

    Defendants

_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, all Parties bearing their own attorney's fees and costs.

Respectfully submitted, March 22, 2016.

                                        */s/ Charles L. Scalise*
                                        **CHARLES L. SCALISE**
                                        Texas Bar No. 24064621
                                        ROSS LAW GROUP
                                        1104 San Antonio Street
                                        Austin, Texas 78701
                                        Telephone: 512-474-7677
                                        Fax: 512-474-5306

                                        **ATTORNEY FOR PLAINTIFF**

*/s/ Kyle L. Dickson*
Kyle L. Dickson
Texas Bar No. 05841310
S.D. Bar No. 13441
**MURRAY | LOBB, PLLC**
700 Gemini, Suite 115
Houston, Texas 77058
Telephone: (281) 488-0630
Facsimile: (281) 488-2039
kdickson@murray-lobb.com

**ATTORNEYS FOR DEFENDANTS**